IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JUAN MANUEL HERNANDEZ, | ) | |
| | ) | |
| Defendant-Movant, | ) | Case Nos.   CV-06-499-S-BLW |
| | ) |                       CR-05-163-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent. | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by JUAN MANUEL HERNANDEZ is DISMISSED and Case No. CV-06-499-S-BLW is DISMISSED with prejudice.

DATED:  **June 5, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**